**DENY; and Opinion Filed February 19, 2015.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00161-CV

### IN RE DESOTO SURGICARE PARTNERS, LTD., SUCCESSOR-IN-INTEREST TO BAYLOR SURGICARE AT DUNCANVILLE, LLC; TEXAS HEALTH VENTURES GROUP, LLC; AND UNITED SURGICAL PARTNERS INTERNATIONAL, INC., Relators

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-02334-L**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Evans, and Whitehill
Opinion by Justice Lang-Miers

Relator filed this petition for writ of mandamus in this dispute involving real property requesting that the Court order the trial court to find that real party in interest spoliated evidence, strike the real party in interest's pleadings, and dismiss the case or, alternatively, strike the real party in interest's expert testimony based on observations of the property before the alleged spoliation. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.,* 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude the relator has failed to establish a right to relief.

We deny the petition for writ of mandamus. TEX. R. APP. P. 52.8.


/Elizabeth Lang-Miers/

ELIZABETH LANG-MIERS
JUSTICE


150161F.P05